1048

[No. 5563–1.   Division One.   August 7, 1978.]

*In the Matter of the Marriage of* BEVERLY E. TATUM, *Appellant, and* JESSE L. TATUM, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–89597, Robert W. Winsor, J., entered April 4, 1977. *Reversed* by unpublished opinion per Callow, J., concurred in by Andersen and Dore, JJ.

[No. 5484–1.   Division One.   August 7, 1978.]

HOUSING AUTHORITY OF THE CITY OF SEATTLE, *Respondent,* v. ROY A. TOLMIE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 822104, W. R. Cole, J., entered February 24, 1977. *Reversed* by unpublished opinion per James, J., concurred in by Williams and Andersen, JJ.

[No. 5435–1.   Division One.   August 7, 1978.]

WESTLAKE CHEVROLET COMPANY, INC., *Respondent,* v. SEATTLE HUMAN RIGHTS COMMISSION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 804946, Frank J. Eberharter, J., entered February 2, 1977. *Reversed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Dore, J.